AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Donald C. Burchett

JUDGMENT IN A CIVIL CASE

v.

Kelly, et al

CASE NUMBER: CV-08-60-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED This action is DISMISSED without prejudice for failure to comply with the filing fee requirements of 28 U.S.C. § 1914(a).

July 24, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson